No. 41874.—Protest 682329–G of Nippon Dry Goods Co. (San Francisco).

Opinion by EVANS, J. It appeared that in filing a duress certificate under section 489, Tariff Act of 1930, through clerical error the customs broker failed to cite the correct entries in pending reappraisements. On the authority of *Yamada* v. *United States* (26 C. C. P. A. 89, T. D. 49628) the protest was sustained.

No. 41875.—Protest 916924–G of Jenkins Bros. (New York).

Opinion by EVANS, J. No further evidence was submitted when the case was called for rehearing. The original decision was adhered to and the protest was overruled without affirming the action of the collector.

No. 41876.—Protest 978684–G of Bienenfeld Glass Works, Inc. (New York).

Opinion by EVANS, J. It was not shown how the error occurred, what the intent of the importer was, or that the error was made by one upon whom no duty devolved to exercise original thought or judgment. The protest was therefore overruled. *Yamada* v. *United States* (26 C. C. P. A. 89, T. D. 49628) and *McQuillan* v. *United States* (18 id. 215, T. D. 44401) followed.

JULY 31, 1939

No. 41877.—SUIT 4204.— —*Ropa Co.* v. *United States.* Abstract 39340 affirmed.

BEFORE THE SECOND DIVISION, AUGUST 1, 1939

No. 41878.—Protest 82818–G of Salem Shawiry (New York).

Opinion by TILSON, J. The claim as embroidered articles at 75 percent ad valorem under paragraph 1430, Tariff Act of 1922, was sustained.

No. 41879.—Protest 101019–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41880.—Protest 100921–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.